IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA TRUST COMPANY, as limited guardian of K.F., a minor,**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**TEMPLE UNIVERSITY HOSPITAL, INC.,**<br><br>*Defendant, Cross-Claimant.*<br><br>**THE UNITED STATES OF AMERICA,**<br><br>*Cross-Defendant.* | Case No: 2:21-cv-03413 |

## ORDER

**AND NOW**, this 20th day of November, 2024, upon consideration of Defendant Temple University Hospital's Omnibus Motion to Preclude Plaintiff's Experts (ECF Nos. 56, 59) and Motion for Summary Judgment (ECF Nos. 57, 60), Plaintiff's Responses thereto (ECF Nos. 65, 66, 68, 69), and all related documents (ECF Nos. 70, 73, 74), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motions (ECF Nos. 56, 57, 59, 60) are **DENIED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**