IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA TRUST COMPANY, as limited guardian of K.F., a minor, *Plaintiff,* v. TEMPLE UNIVERSITY HOSPITAL, INC., *Defendant, Cross-Claimant.* THE UNITED STATES OF AMERICA, *Cross-Defendant.* | CIVIL ACTION NO. 21-3413 |

## ORDER

**AND NOW**, this 3rd day of November 2025, upon consideration of Plaintiff's Amended Motion Seeking Court Approval for Settlement, (Dkt. No. 93) and its Memorandum of Law, (Dkt. No. 94), it is **ORDERED** that the Motion is **GRANTED** and the Plaintiff is authorized to enter into the settlement with Defendant.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.